**CJA 23**
**Rev. 5/98**

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☒ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE

| | FOR | |
|---|---|---|
| U.S. v.s. RODRIGUEZ, et | MASSACHUSETTS | |
| | AT BOSTON | |

**LOCATION NUMBER** ▶

PERSON REPRESENTED (Show your full name)
▶ EDWIN RODRIGUEL

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

**DOCKET NUMBERS**
Magistrate
04 -16711-CBS

District Court

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)  ☒ Felony
☐ Misdemeanor

---

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now    ☐ Yes    ☒ No    ☐ Am Self-Employed
Name and address of employer: _____

| IF YES, how much do you earn per month? $ _____ | IF NO, give month and year of last employment. How much did you earn per month? $ _____ |
|---|---|

If married is your Spouse employed?    ☐ Yes    ☐ No
IF YES, how much does your Spouse earn per month? $ _____    If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?    ☐ Yes    ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES    RECEIVED _____    SOURCES _____
$ _____

**CASH**

Have you any cash on hand or money in savings or checking accounts?    ☐ Yes    ☐ No  IF YES, state total amount $ _____

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    ☐ Yes    ☒ No

IF YES, GIVE THE VALUE AND DESCRIBE IT    VALUE _____    DESCRIPTION _____
$ _____

---

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☒ SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED

Total No. of Dependents _____

List persons you actually support and your relationship to them
_____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |

---

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)    2/06/04

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED) ▶    Edwin Rodriguez