United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE
2004 APR 13  A 10: 48

United States

v.

Edwin Rodriguez, et al

CR 04-10083-NG

Motion for Reconsideration of Bail

Now comes the defendant, Edwin Rodriguez, & moves that the court reconsider it Order of Detention, dated March 11, 2004, & admit the defendant to bail. In support of the motion the defendant states that the minimum mandatory sentence for the offenses charged in the indictment is five (5) years, not ten (10) years, as was charged in the ~~complaint~~ original complaint.

Respectfully submitted
Edwin Rodriguez
by his attorney
Paul J. Garrahan