UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.          )<br>)<br>)<br>)<br>EDWIN RODRIGUEZ and )<br>JOSUE RODRIGUEZ )<br>             ) | Criminal No. 04-10083-NG |

NOTICE OF INITIAL STATUS CONFERENCE
April 13, 2004

SWARTWOOD, M.J.

1.  Unless counsel inform the Court in a Joint Memorandum in accordance with LR 116.5(C) on or before **Thursday, May 20, 2004**, that there is no need for an initial status conference, such a conference will be held on **Tuesday, May 25, 2004, at 10:00 a.m.**, in Courtroom No. 1 on the Fifth Floor, United States District Court, Worcester, MA. If the Joint Memorandum is not filed with the Court on or before **Thursday, May 20, 2004**, then the parties must appear for the initial status conference either in person or by telephone.[1]

2.  If counsel feel that there is need for an initial status conference, then on or before the close of business on **Thursday, May 20, 2004**, counsel shall inform my Courtroom Clerk as to whether they want the status conference to be conducted in person or by telephone.

3.  ORIGINALS OF ALL MOTIONS, MEMORANDUMS, PLEADINGS, ETC. MUST BE FILED WITH THE COURT (INCLUDING ELECTRONIC FILING). **NEITHER FAXES NOR E-MAIL FILINGS WILL BE ACCEPTED**.

/s/ Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants are not required to be present at the Initial Status Conference. Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Rule 43, F.R. Crim. P., defendants in custody will **not** be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference, See 43(c)(3), F.R. Crim. P.