```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
            v.                 )    CRIMINAL ACTION
                               )    NO. 04-10083-NG
EDWIN RODRIGUEZ,               )
a/k/a "King Cholo"             )
JOSUE RODRIGUEZ, a/k/a "Perro")
         Defendants,           )
_____)
```

### INITIAL STATUS REPORT
#### May 28, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Gertner, J. to whom this case is assigned:

1. <u>Discovery</u>

Completed.

2. <u>Substantive Motions</u>

Counsel for the Defendants have indicated that they intend to file substantive motions and those motions shall be filed by July 13, 2004. The Government shall file its response to those motions by July 27, 2004.

3. <u>Further Status Conference</u>

A further status conference shall be held in this case on July 29, 2004, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street,

Worcester, Massachusetts 01608.

    4.   <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from April 27, 2004 (date of expiration of prior order of excludable time) through July 27, 2004 (date by which the Government is to file its response to Defendants' substantive motions). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, October 5, 2004</u>.

```
                                    /s/Charles B. Swartwood, III
                                    CHARLES B. SWARTWOOD, III
                                    MAGISTRATE JUDGE
```