UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>EDWIN RODRIGUEZ,         )<br>a/k/a "King Cholo"        )<br>JOSUE RODRIGUEZ, a/k/a "Perro")<br>     Defendants,       )<br> ) | **CRIMINAL ACTION<br>NO. 04-10083-NG** |

ORDER OF EXCLUDABLE TIME
May 28, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from April 27, 2004 (date of expiration of prior order of excludable time) through July 27, 2004 (date by which the Government is to file its response to Defendants' substantive motions) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE