```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| )| |
| v.                        ) | Cr. No. 04-10083-NG |
| ) | |
| EDWIN RODRIGUEZ            ) | |
|   AKA "KING CHOLO"         ) | |
| ) | |
| JOSUE RODRIGUEZ            ) | |
|   AKA "PERRO"              ) | |

                    <u>JOINT INITIAL STATUS REPORT</u>

Pursuant to Local Rule 116.5(C), the parties are hereby jointly filing the following Status Report prepared in connection with the Final Status Conference scheduled for July 29, 2004.

   1.  <u>Outstanding Discovery Issues</u>

There are no outstanding discovery motions or issues.

   2.  <u>Additional Discovery</u>

The government does not anticipate producing any additional discovery other than that required 21 days before trial.  The defendants do not anticipate producing any discovery.  In the event either party becomes aware of additional discovery required to be disclosed at this time it will do so immediately.

   3.  <u>Insanity/ Public Authority Defenses</u>

The defendants do not intend to raise defenses of insanity or public authority.

   4.  <u>Notice of Alibi</u>

The government requested a Notice of Alibi in its Automatic Discovery Letter.  No response has been received to that request.

5. <u>Motions</u>

The defendants do not anticipate filing any motions to suppress, to sever or to dismiss prior to trial but are reserving their respective rights to file other pretrial motions that could require a ruling by the District Court.

6. <u>Scheduling</u>

The are no additional matters for this Court to resolve. The parties therefore request that the case be sent to the District Court.

7. <u>Early Case Resolution</u>

It is too early to tell whether this case can be resolved short of trial.

8. <u>Speedy Trial Act Calculations</u>

The following periods are excludable from the date of arraignment on April 13, 2004:

    4/13/04-4/27/04    Order on excludable time dated 4/13/04;

    4/27/04-7/27/04    Order on excludable time dated 5/28/04.

In addition, the parties agree that July 29, 2004, the date of the Final Status Conference, is excludable. As of July 29, 2004, therefore, 1 day will have been counted and 69 days will remain under the Speedy Trial Act.

9. <u>Length of Trial</u>

In the event that a trial is required, the parties estimate that it will last 3-4 days.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN

                              United States Attorney,



                    By:       S/ PETER K. LEVITT
                              JOHN A. WORTMANN JR.
                              PETER K. LEVITT
                              Assistant U.S. Attorneys
                              One Courthouse Way
                              Boston, MA
                              (617) 748-3355


                              COUNSEL FOR EDWIN RODRIGUEZ



                              _____
                              PAUL MARKHAM, ESQ.
                              PO Box 1101
                              Melrose, MA 02176
                              781-665-1800



                              COUNSEL FOR JOSUE RODRIGUEZ


                              S/ EUGENE P. MCCANN (PKL)
                              EUGENE P. MCCANN, ESQ.
                              Manzi & McCann
                              59 Jackson Street
                              Lawrence, MA 01840
                              978-686-5664

July 28, 2004
```