```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10083-NG |
|---|---|---|
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| 1. EDWIN RODRIGUEZ | ) | 21 U.S.C. § 846-- |
|    AKA "KING CHOLO" | ) | Conspiracy To Distribute |
| | ) | Cocaine Base |
| 2. JOSUE RODRIGUEZ | ) | |
|    AKA "PERRO" | ) | 21 U.S.C. § 841(a)-- |
| | ) | Distribution Of Cocaine |
| | ) | Base |
| | ) | |
| | ) | 18 U.S.C. § 2-- |
| | ) | Aiding and Abetting |
| | ) | |
| | ) | 21 U.S.C. § 853-- |
| | ) | Criminal Forfeiture |
| | ) | Allegation |

                      **SUPERSEDING INDICTMENT**

**COUNT ONE:**   (21 U.S.C. § 846--Conspiracy to Distribute Cocaine Base)

The Grand Jury charges that:

In or about December 2003, at Lawrence and elsewhere in the District of Massachusetts,

    1. **EDWIN RODRIGUEZ, AKA "KING CHOLO", and**
    2. **JOSUE RODRIGUEZ, AKA "PERRO"**

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with persons unknown to the Grand Jury, to possess with intent to distribute, and to distribute, cocaine base, also known as "crack cocaine," in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further alleges that the conspiracy described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>:  (21 U.S.C. § 841(a)(1)--Distribution Of Cocaine Base; 18 U.S.C. §2--Aiding and Abetting))

The Grand Jury further charges that:

On or about December 5, 2003, at Lawrence, in the District of Massachusetts,

    1. **EDWIN RODRIGUEZ, AKA "KING CHOLO", and**
    2. **JOSUE RODRIGUEZ, AKA "PERRO"**

defendants herein, did knowingly and intentionally possess with intent to distribute and did distribute cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841 (b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further finds that:

1. The defendant EDWIN RODRIGUEZ is accountable for at least 5 grams, but less than 20 grams, of cocaine base. Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

2. The defendant JOSUE RODRIGUEZ is accountable for at least 5 grams, but less than 20 grams, of cocaine base. Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

3. At the time he committed the offenses charged in this Superseding Indictment, defendant EDWIN RODRIGUEZ was at least eighteen years old and had two or more prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, U.S.S.G. §§ 4B1.1 & 4B1.2 apply to defendant EDWIN RODRIGUEZ.

## **FORFEITURE ALLEGATION**
## (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts 1 and 2 of this Indictment,

>    1. **EDWIN RODRIGUEZ, AKA "KING CHOLO", and**
>    2. **JOSUE RODRIGUEZ, AKA "PERRO"**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

>    (a) cannot be located upon the exercise of due diligence;
>
>    (b) has been transferred or sold to, or deposited with, a third party;
>
>    (c) has been placed beyond the jurisdiction of the Court;
>
>    (d) has been substantially diminished in value; or
>
>    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property

described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL**

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
JOHN A. WORTMANN, JR.
PETER K. LEVITT
ASSISTANT U.S. ATTORNEYS

DISTRICT OF MASSACHUSETTS; September 16, 2004.

Returned into the District Court by the Grand Jurors and filed.

*[signature]* B Roland
DEPUTY CLERK

11:45A

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Lawrence   **Category No.** II   **Investigating Agency** FBI

**City** Lawrence   **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   X   Case No.   04-01671-NG
Same Defendant   X   New Defendant
Magistrate Judge Case Number   04-1671-CBS
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JOSUE RODRIGUEZ   Juvenile: ☐ Yes   X No

Alias Name   PERRO

Address   16 SPRINGFIELD STREET, 1ST FL, LAWRENCE, MA

Birthdate: 1982   SS # 000 00 6985   Sex: MALE   Race: Hispanic   Nationalit US

Defense Counsel if known:   Charles Rankin   Address

Bar Number

**U.S. Attorney Information:**

AUSA   Peter K. Levitt ; John A. Wortmann, Jr.   Bar Number if applicable   565761 AND 534860

Interpreter:   ☐ Yes   X No   List language and/or dialect:

Matter to be SEALED:   Yes   x No

Warrant Requested   ☐ Regular Process   x In Custody

**Location Status:**

Arrest Date 2/24/04

X Already in Federal Custody as of 2/04   in
☐ Already in State Custody at   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:   on

**Charging Document:**   ☐ Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

X   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   9/16/04   Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE RODRIGUEZ   AKA PERRO

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE BASE | 1 |
| Set 2  21 USC 841(a) | DISTRIBUTION OF COCAINE BASE | 2 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-jose Rodriguez.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** Lawrence    **Category No.** II    **Investigating Agency** FBI

**City** Lawrence    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   X         Case No.  04-01671-NG
Same Defendant    X              New Defendant _____
Magistrate Judge Case Number   04-1671-CBS
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   EDWIN RODRIGUEZ                Juvenile:  ☐ Yes   X No

Alias Name   KING CHOLO

Address   16 SPRINGFIELD STREET, 1ST FL, LAWRENCE, MA

Birthdate: 1979    SS # 000 00 4207   Sex: MALE   Race: Hispanic    Nationalit US

**Defense Counsel if known:**   Paul Markham        Address

Bar Number

**U.S. Attorney Information:**

AUSA   Peter K. Levitt ; John A. Wortmann, Jr.       Bar Number if applicable   565761 AND 534860

Interpreter:   ☐ Yes   X No    List language and/or dialect:

**Matter to be SEALED:**   Yes   X No

   Warrant Requested        ☐ Regular Process       X In Custody

**Location Status:**

Arrest Date 2/24/04

   x Already in Federal Custody as of 2/04 _____ in _____
   ☐ Already in State Custody at ——————  ☐ Serving Sentence   ☐ Awaiting Trial
   ☐ On Pretrial Release:   Ordered by: _____ on

**Charging Document:**   ☐ Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   X Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

X   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  9/16/04        Signature of AUSA:  _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    EDWIN RODRIGUEZ   AKA CHOLO _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE BASE | 1 |
| Set 2 | 21 USC 841(a) | DISTRIBUTION OF COCAINE BASE | 2 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

js-45-edwinR.wpd - 2/7/02