THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
Clerk's Office
USDC, Mass.
Date 9/27/04
By_____
Deputy Clerk

UNITED STATES OF AMERICA
vs.
EDWIN RODRIGUEZ ET. AL.

Cr. 04-01671-NG

## MOTION FOR EXPEDITED PRESENTENCE REPORT

Now comes the defendant, Edwin Rodriguez, and moves that the Court order an expedited Presentence Investigation and Report with respect to the defendant, Edwin Rodriguez. In support of this motion the defendant says that at a conference on September 9, 2004[1], the government advised the Court that it would file a superseding indictment The arraignment on the superseding indictment was then scheduled to take place before the court on September 22. However, due to a conflict in the Court's schedule, the arraignment was referred to a Magistrate Dein and the defendant was arraigned before her on September 23. No Probation Officer was present at the arraignment.

On September 9, it was clear that the defendant would move to strike certain parts of the superseding indictment and the defendant has done so. It was also clear that, as soon as the court ruled on the defendant's motion to strike, the defendant would plead guilty to the indictment and be sentenced thereon at the earliest possible time. Based on the above, it is requested that the Court order directing the Marshal to transport the defendant, who is presently detained at the Donald W. Wyatt Detention Center, Central Falls, Rhode Island, to the courthouse as soon as practicable to be interviewed by the Probation Office and, also, to provide for an interpreter to be present at said interview.

---

[1] Electronic Clerk's Notes for proceedings held before Judge Nancy Gertner: Status conf held; change of plea on original indictment for Josue Rodriguez set for 10/13/04 at 02:00 PM in Courtroom 2 before Nancy Gertner (interpreter needed). IN RE: Edwin Rodriguez: Gvt informs the court that they will file a SS Indictment on or before 10/16/04, arraignment on ss indictment set for 9/22/04 at 2:00PM before J Gertner. Spanish Interpreter to be present. ORDERED: dft's motion to dismiss to be filed on or before 9/30/04; gvt response 10/14/04. Expedited pre-sentence report requested by Atty Markham for Edwin Rodriguez. Counsel shall notify Probation Office as soon as possible.

Respectfully submitted<br>
Edwin Rodriguez<br>
By his attorney,<br>
<br>
Paul F. Markham<br>
PO Box 1101<br>
Melrose, MA 02176<br>
781-665-1800<br>
B.B.O. #320820

## CERTIFICATE OF SERVICE

I certify that on September 27, 2004 I served a copy of the above document by delivery in hand to the United States Attorney's Office, Boston, MA, Attention Peter Levitt, Esq. and the Probation Office for the US District Court for the District of Massachusetts.

Date: 9/27/04

Paul F. Markham