# CRIMINAL DOCKET

| DOCKET NO | | |
|---|---|---|
| 0318 CR 8063 | TIMMONS | |

**PT DIVISION:** LAWRENCE
**Interpreter Required (language):** SPANISH

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT:**
Edwin Rodriguez
16 Springfield St./
Lawrence, MA

**PT. DOB AND SEX:** 2/3/79 male
**OFFENSE CODE(S):** 205, 605, 605, 508, 643, 960
**DATE OF OFFENSE(S):** 12/13/03
**PLACE OF OFFENSE(S):** Lawrence
**COMPLAINANT:** Kevin Nigohosian
**POLICE DEPARTMENT (if applicable):** Lawrence
**DATE OF COMPLAINT:** 12/15/03
**RETURN DATE AND TIME:** WARRANT

## DOCKET ENTRY

| DATE & JUDGE | |
|---|---|
| 12-17-03 Stella | ☑ Attorney appointed (SJC R. 3:10) |
| | ☐ Atty denied & Deft advised per 211D §2A |
| | ☐ Waiver of counsel found after colloquy |
| 12-17-03 Stella | Terms of release set: 10,000 surety |
| | ☐ PR ☑ Bail: 1,000 cash |
| | ☐ Held (276 §58A) |
| | ☐ See back for special conditions |
| 12-17-03 Stella | Arraigned and advised: NO CONTACT |
| 12-17-03 Stella | ☑ Potential of bail revocation (276 §58) NO |
| | ☑ Right to bail review (276 §58) ABUSE |
| | ☐ Right to drug exam (111E §10) |
| | Advised of right to jury trial |
| | ☐ Does not waive |
| | ☐ Waiver of jury trial found after colloquy |
| | Advised of trial rights as pro se (Supp.R. 4) |
| | Advised of right of appeal to Appeals Ct (R. 28) |

### Counts

**a. B&E NIGHT TIME, INT. TO COMMIT A FELONY c266 s16**

| DISPOSITION METHOD | FINDING |
|---|---|
| ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning | ☐ Not Guilty |
| | ☐ Guilty |
| | ☐ Not Responsible |
| | ☐ Responsible |
| ☐ Bench Trial | ☐ No Probable Cause |
| ☐ Jury Trial | ☐ Probable Cause |
| ☐ None of the above | |

**b. ASSAULT AND BATTERY c265 s13A**

(same disposition options)

**c. ASSAULT AND BATTERY c265 s13A**

(same disposition options)

**d. MAL. DESTRUCTION OF PROP. OVER $250 c266 s127**

(same disposition options)

**COURT ADDRESS:**
2 Appleton Street
Lawrence, Ma. 01840-1525

A TRUE COPY ATTEST: X

## ADDITIONAL COUNTS — Page 2 of 2

**DOCKET NUMBER:** 0318 CR 8063

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
|  |  |  |  | ☐ WAIVED |

### COUNT-OFFENSE: e. THREATENING TO COMMIT A CRIME c275 s2

**DISPOSITION DATE & JUDGE:**

**DISPOSITION METHOD:**
- ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ None of the above

**FINDING:**
- ☐ Not Guilty
- ☐ Guilty
- ☐ Not Responsible
- ☐ Responsible
- ☐ No Probable Cause
- ☐ Probable Cause

**SENTENCE OR OTHER DISPOSITION:**
- ☐ Sufficient facts found but continued without guilty finding until:
- ☐ Pretrial probation(276 §87) - until:
- ☐ Probation
- ☐ To be dismissed upon payment of court costs/ restitution
- ☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim ☐ Request of Deft ☐ Failure to prosecute ☐ Other:
- ☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

**FINAL DISPOSITION:**
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated; defendant discharged

JUDGE ____  DATE ____

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
|  |  |  |  | ☐ WAIVED |

### COUNT-OFFENSE: f. INTIMIDATION OF A WITNESS c268 s13B

**DISPOSITION DATE & JUDGE:**

**DISPOSITION METHOD:**
- ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ None of the above

**FINDING:**
- ☐ Not Guilty
- ☐ Guilty
- ☐ Not Responsible
- ☐ Responsible
- ☐ No Probable Cause
- ☐ Probable Cause

**SENTENCE OR OTHER DISPOSITION:**
- ☐ Sufficient facts found but continued without guilty finding until:
- ☐ Pretrial probation(276 §87) - until:
- ☐ Probation
- ☐ To be dismissed upon payment of court costs/ restitution
- ☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim ☐ Request of Deft ☐ Failure to prosecute ☐ Other:
- ☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

**FINAL DISPOSITION:**
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated; defendant discharged

JUDGE ____  DATE ____

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
|  |  |  |  | ☐ WAIVED |

### COUNT-OFFENSE:

(Blank count block — same form fields as above repeated)

JUDGE ____  DATE ____

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
|  |  |  |  | ☐ WAIVED |

### COUNT-OFFENSE:

(Blank count block — same form fields as above repeated)

JUDGE ____  DATE ____

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
|  |  |  |  | ☐ WAIVED |

### COUNT-OFFENSE:

(Blank count block — same form fields as above repeated)

JUDGE ____  DATE ____

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
|  |  |  |  | ☐ WAIVED |

### COUNT-OFFENSE:

(Blank count block — same form fields as above repeated)

JUDGE ____  DATE ____

DC-CR-9 (12/95)

## SCHEDULING HISTORY

| SCHEDULED DATE | SCHEDULED EVENT | | RESULT | JUDGE | TAPE NO | START | STOP |
|---|---|---|---|---|---|---|---|
| 12.17.03 | ARR | Held | BR fant'd 10,000 judg 1000 cash | Stella | | | |
| 1.15.04 | PTH | Held | Bail Stands | Jarasits | | | |
| 2.11.04 | CE | Held | Bail Stand | Jarasits | | | |
| 3.15.04 | Trial | Held | Cont'd | | | | |
| 5 | | Held | Cont'd | | | | |
| 6 | | Held | Cont'd | | | | |
| 7 | | Held | Cont'd | | | | |
| 8 | | Held | Cont'd | | | | |
| 9 | | Held | Cont'd | | | | |
| 10 | | Held | Cont'd | | | | |

ARR=Arraignment   PT=Pretrial Hearing   CE=Discovery compliance & jury election   T=Bench trial   J=Jury trial   PC=Probable cause hearing   M=Motion hearing   SR=Status review
SRP=Status review of payment   FA=First appearance in jury session   S=Sentencing   CW=Continuance-without-finding scheduled to terminate   P=Probation scheduled to terminate
DFTA=Defendant failed to appear & was defaulted   WAR=Warrant issued   WARD=Default warrant issued   WR=Warrant or default warrant recalled   PR=Probation revocation hearing

## OTHER DOCKET ENTRIES

| ENTRY DATE | |
|---|---|
| | 12-10-03 |
| 12-15-03 | WAR |
| 12-17-03 | WR Stella |

## ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED & JUDGE | TYPE OF ASSESSMENT | AMOUNT | DUE DATES & COMMENTS | WAIVED |
|---|---|---|---|---|
| 12.17.03 Stella | Legal Counsel Fee (211D §2A ¶2) | | | |
| | Legal Counsel Contribution (211D §2) | | | |
| | Court Costs (280 §6) | | | |
| | Drug Analysis Fee (280 §6B) | | | |
| | OUI §24D Fee (90 §24D ¶9) | | | |
| | OUI Head Injury Surfine (90 §24(1)[a][1] ¶2) | | | |
| | Probation Supervision Fee (276 §87A) | | | |
| | Default Warrant Assessment Fee (276 §30 ¶2) | | | |
| | Default Warrant Removal Fee (276 §30 ¶1) | | | |

| CRIMINAL COMPLAINT | DOCKET NO 0318 CR 8063 | Trial Court of Massachusetts District Court Department |

**T DIVISION**
WRENCE

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT**
Edwin Rodriguez
16 Springfield St./
Lawrence, MA

TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT:

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below.

**T, DOB AND SEX:** 2/3/79 male
**OFFENSE CODE(S):** 205,605,605,508,643,960
**TE OF OFFENSE(S):** 2/13/03
**PLACE OF OFFENSE(S):** Lawrence
**COMPLAINANT:** Kevin Nigohosian
**POLICE DEPARTMENT:** Lawrence
**TE OF COMPLAINT:** 12/15/03
**RETURN DATE AND TIME:** WARRANT

1/15/04

276 § 58

**COUNT-OFFENSE**
a. B&E NIGHT TIME, INT. TO COMMIT A FELONY c266 s16   NO CONTACT

did break and enter in the night time the building, ship, vessel, or vehicle, the property of Shannon Smith, with intent to commit a felony therein, in violation of G.L. c.266, s.16.

**COUNT-OFFENSE**
b. ASSAULT AND BATTERY c265 s13a

did assault and beat Shannon Smith who is pregnant at the time of such assault and battery knowing or having reason to know that the person is pregnant, in violation of G.L. c.265, s.13A. ii

**COUNT-OFFENSE**
c. ASSAULT AND BATTERY c265 s13A

did assault and beat Shannon Smith, Household Member, in violation of G.L. c.265, s.13A.

**COUNT-OFFENSE**
d. MAL. DESTRUCTION OF PROP. OVER $250 c266 s127

did wilfully and maliciously destroy or injure the personal property, dwelling house, or building of Shannon Smith, the value of the property so destroyed or injured exceeding two hundred and fifty dollars, in violation of G.L. c.266, s.127.

**COMPLAINANT:** X Kevin Nigohosian
**FIRST JUSTICE:** Michael T. Stella Jr.
**CLERK-MAGISTRATE/ASST. CLERK:** X
**SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK:** X
**ON (DATE):** 12/15/03
**COURT ADDRESS:** 2 Appleton Street, Lawrence, Ma. 01840-1525
**A TRUE COPY ATTEST:** X

**ADDITIONAL COUNTS** Page 2 of 2

DOCKET NUMBER 0318 CR 8063

COUNT-OFFENSE
**. THREATENING TO COMMIT A CRIME c275 s2**

id threaten to commit a crime against the person or property of another, to wit: murder of hannon Smith, in violation of G.L. c.275, s.2.

COUNT-OFFENSE
**f. INTIMIDATION OF A WITNESS c268 s13B**

did directly or indirectly, wilfully endeavor by means of a gift, offer or promise of something of value or by misrepresentation, intimidation, force, or threats of force, to influence, impede, obstruct, delay or otherwise interefere with a witness or juror in a stage of a trial or other criminal proceeding, or with a person furnishing information to a criminal investigator relating to a violation of a criminal statute of the Commonwealth, in violation of G.L. c.268, s.13B.

COUNT-OFFENSE

COUNT-OFFENSE

COUNT-OFFENSE

COUNT-OFFENSE

SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK   ON (DATE) 1/15/03

COMPLAINANT

# Lawrence Police Department
90 Lowell Street
Lawrence, MA 01840
(978) 794-5900

## Incident Report

| Date of Incident | Time of Incident | Type of Incident | Location of Incident | Floor or Apartment # | Domestic Dispute | Log # |
|---|---|---|---|---|---|---|
| SAT 12/13/2003 | 01:50 HRS | ASSAULT & BATTERY - HOUSEHOLD MEMBER | 54 HAVERHILL ST | | YES | 03017631 |

| Date Report Submitted | Time of Report | |
|---|---|---|
| SAT 12/13/2003 | 04:00 HRS | |

**Status Code:** C - Complainant I - Interviewed J - Juvenile M - Missing S - Suspect V - Victim W - Witness O - Other  **Race Code:** W - White H - Hispanic B - Black

### PERSONS

| Status | Last Name | First Name | M.I. | Sex | Race | D.O.B. | Telephone | Address | Characteristics |
|---|---|---|---|---|---|---|---|---|---|
| C | NIGOHOSIAN | KEVIN | | | | | LPD | | |
| C | HAYES | E.J. | | | | | LPD | | |
| V | SMITH | SHANNON | | F | W | 11/08/1978 | | 54 HAVERHILL ST LAWRENCE MA | A&B PREGNANT WOMAN |
| S | RODRIGUEZ | EDWIN | | M | H | 12/03/1979 | | 16 SPRINGFIELD ST LAWRENCE MA | MAL DAMAGE OVER |

### ARRESTS

| Charges #1 | B&E NIGHT W/INT TO CM FEL |
| Charges #2 | A&B HOUSE HOLD MEMBER |
| Charges #3 | THREATS TO KILL |
| Charges | INTIMIDATION OF A WITNESS |

### PROPERTY

**Property Code:** A - Abandoned E - Evidence F - Found L - Lost R - Recovered S - Stolen T - Towed V - Vehicle O - Other D - Damaged W - Suspect IV/

| Status | Qty | Year | Item/Brand/Model | State | Registration | Color | Serial or VIN | Est. Value |
|---|---|---|---|---|---|---|---|---|
| D | 1 | | WALL PHONE | | | | | |
| D | 1 | | SANYO 27 IN TV | | | | | |
| D | 1 | | CABLE BOX | | | | | |

### INCIDENT DETAILS

ON 12/13/03 I AND OFFICER HAYES WERE DISPATCHED TO 54 HAVERHILL ST FOR A DOMESTIC PAST. UPON ARRIVAL I SPOKE WITH V- SHANNON SMITH WHO STATED SHE WAS ASSAULTED BY HER BOYFRIEND OF 4 MONTHS EDWIN RODRIGUEZ. SMITH STATED SHE HAD GONE OUT WITH HER AUNT IN HAVERHILL. UPON RETURNING SHE DROPPED OFF HER CHILDREN AND WENT HOME TO 54 HAVERHILL ST. SMITH STATED RODRIGUEZ WAS IN HER APT. HE DOES NOT HAVE KEYS AND HAD NO CONSENT TO BE IN THE APT. SMITH BELIEVES RODRIGUEZ GAINED ENTRY THROUGH THE LIVING ROOM WINDOW THAT IS ALSO A FIRE EXIT FOR THE APT. SMITH STATED SHE WAS GOING TO CALL THE POLICE AND RODRIGUEZ BECAME VERY ANGERED AND VIOLENT. SMITH ASKED HIM TO LEAVE RODRIGUEZ GRABBED THE PHONE TEARING ALL THE WIRES OUT, BREAKING THE CABLE BOX, AND TV IN THE LIVING ROOM. RODRIGUEZ BEGAN PUNCHING SMITH IN THE HEAD AT LEAST TEN TIMES

Investigating Officer's Signature: Ptl Kevin T Nigohosian

Reviewed By:

Page 1 of 2

# Lawrence Police Department
90 Lowell Street
Lawrence, MA 01840
(978) 794-5900

## Incident Report

Log # 03017631

| Date of Incident | Time of Incident | Type of Incident | Domestic Dispute |
|---|---|---|---|
| SAT 12/13/2003 | 01:50 HRS | ASSAULT & BATTERY - HOUSEHOLD MEMBER | YES |

| Date Report Submitted | Time of Report | Location of Incident | Floor or Apartment # |
|---|---|---|---|
| SAT 12/13/2003 | 04:00 HRS | 54 HAVERHILL ST | |

CHASING HER BEHIND AN ENTERTAINMENT CENTER. SMITH STATED SHE COVERED HER HEAD WITH BOTH HANDS AS SHE ATTEMPTED TO PROTECT HERSELF. I OBSERVED RED LUMPS ON THE BACK OF HER HEAD AND BRUISES ON THE BACK SIDE OF HER LEFT HAND THAT WAS USED TO COVER HER HEAD. SMITH STATED SHE WAS UNABLE TO CALL POLICE RIGHT AWAY HAVING TO WAIT UNTIL SHE COULD SPLICE THE PHONE WIRE WITH A KNIFE TO CALL THE POLICE. SMITH STATED SHE IS PREGNANT WITH RODRIGUEZ CHILD AND HAS BEEN BLEEDING SINCE THE INCIDENT. SMITH CALLED HER DOCTOR WHO INFORMED HER IF THE BLEEDING GETS WORSE TO CALL RIGHT AWAY. SMITH REFUSED MEDICAL TREATMENT BUT REQUESTED EXTRA CHECKS OF HER HOME BECAUSE SHE IS IN FEAR OF HIS RETURN. SMITH WAS ADVISED OF HER 209A RIGHTS AND A FRIEND WILL BE STAYING WITH HER UNTIL SAFER ARRANGEMENTS CAN BE MADE. EXTRA CHECKS WILL BE MADE OF THE AREA AND A WARRANT WILL BE SOUGHT ON MONDAY.

AS RODRIGUEZ LEFT THE APT. HE STATED WHEN "I COME BACK IM GOING TO KILL YOU".

Investigating Officer's Signature: Ofc Kevin T Nienhosian

Reviewed By:



**DRAFT**

Date 12/05/03
Time on Video Tape
12:45:47
CHOLO Edwin Rodriguez & PERRO Josue Rodriguez

| | | |
|---|---|---|
| CW | Arrives at CHOLO's residence. | CHOLO gets in the vehicle with the CW. |
| CHOLO | Let's go to PERRO's house. | |
| CW | I thought we were going to Lowell? | |
| CHOLO | I don't know where the guy lives in Lowell. PITO is the one that knows where he lives, but PITO is always burning everyone let's go over to PERRO's. If you had called last night I would have gotten it for you. | |
| CW | Does PERRO have it? | |
| CHOLO | PERRO will get it like that. CHOLO can be seen snapping his fingers indicating very fast. Because he's always getting it for his white customers. He has some white people that are always buying rocks (Crack Cocaine) & Manteca (Heroin). It's a fourteen what you want? | |
| CW | Yeah! | |
| | That's what I told PERRO last night because he was with me. | |
| | Small Talk | |
| CHOLO | What are you doing, are you selling up their in New Hampshire? | |
| CW | Yeah! | |
| CHOLO | What do you sell them for? For $40.00. | |
| CW | NO, I break them and I sell them for $60.00. | |
| CHOLO | I use to sell in Manchester and I would sell the $20.00 for $40.00 and a bag of heroin for $20.00 in Manchester. | |
| CW | Damn! | |
| CHOLO | I use to make a lot of money. Myself, Vicente & Perro we were making money. You know that they are looking for Perro, he has warrants? | |
| CW | I didn't now that he has warrants. You want to meet him on the highway? | |
| | Small Talk | |
| CHOLO | The Feds are looking for Christian. | |
| CW | Anything you can get for me, I can sell it. | |
| CHOLO | Cocaine? | |

**DRAFT**

| | | | |
|---|---|---|---|
| CW | No, cocaine is to make money. Guns, bulletproof vest, anything. I will sell it. | | |
| CHOLO | Imagine the other day they were selling me two. A nine and a forty, both for eight hundred dollars. | | |
| CW | Set that up for me. | | |
| CHOLO | I have to talk to my friend, he's the one that brings them. | | |
| CW | Set it up. | | |
| CHOLO | Victor bought one. | | |
| | Small Talk | | |
| 12:58:34 | | | |
| CHOLO | Goes to talk to PERRO, he comes back and tells the CW that PERRO is making a phone call and that he will be right down. He says that he can get grams of heroin for $80.00 a gram. | | |
| CW | You'll sell me 10 grams for $800.00? | | |
| CHOLO | I have to talk to the guy. | | |
| CW | You have to give me a good price. | | |
| CHOLO | Where does your friend sell? | | |
| CW | In Concord NH. | | |
| CHOLO | He has to be careful. | | |
| CW | He's careful, I give him his stuff and he leaves. | | |
| CHOLO | No wonder, I see you standing out there, every time I go to the liquor store I see you. | | |
| CW | You know business. | | |
| | Small Talk | | |
| 1:03:12 | | | |
| CHOLO | We stole two pounds of marijuana from him because he wouldn't sell us a ½ oz of marijuana. He thought that we were going to rob him. We waited till he went to sleep and we broke into his car and we took the two pounds of marijuana that he had under the seat of car. Give me the phone so I can tell Cindy to call him again. CHOLO calls 258-3736 or 7336. Talks to unidentified subject and informs the subject to call Cindy and have her tell PERRO that I'm outside in the Montero. Hangs up and states "I don't like making deals like this. I told him yesterday to have the stuff for shore. | | |
| | Small Talk | | |



DRAFT

| | | |
|---|---|---|
| CHOLO | Talks about having sex with a fourteen-year-old girl, for three months. | |
| | Small Talk | |
| 1:10:41 | | |
| CHOLO | Do you have the money? | |
| CW | Yea! I'll give you the money after you tell me how much it's going to be. | |
| CHOLO | $450.00 so we both can make some money. | |
| CW | I have to weigh it with the scale. | |
| CHOLO | No, some times he brings it with two extra lines, or three. PERRO and VICENTE use to sell for him and they would take from him ounces, half ounces & half kilo that old man is like that, he would give my brother anything that he wanted. | |
| | Small Talk | |
| 1:13:18 | | |
| CHOLO | Tell the CW how him and PITO beat down two males while in the Middleton Jail. I have a connection for ecstasy they buy them for $6.00 and sell them for $15.00. | |
| CW | I want to buy in quantity. | |
| CHOLO | That's how they get them they get 1,200 to 1,500 at a time. You can get them cheap in NY. | |
| CW | Complains about the time. | |
| CHOLO | I tell him to call us when the stuff is here. That's what I have to start doing, selling in large quantities. | |
| CW | Where are you going? | |
| CHOLO | I have a big connection in Brookline, but to go over there and bring it back that's fucked up with all the cops down there. We went down there and we sniffed everything. | |
| | Small Talk | |
| 1:18:20 | | |
| CW | Beeping the horn several times. | |
| CHOLO | They have it in powder and the powder is good. | |
| | Small Talk | |
| 1:20:07 | | |
| CHOLO | VICENTE & PERRO got caught with a gun, some crack and some cocaine and the case was dismissed because there was no search warrant. | |
| | Small Talk | |

DRAFT

| | | | |
|---|---|---|---|
| 1:21:57 | | | |
| CHOLO | Calls Cindy to call PERRO and have him call this number. | | |
| PERRO | Comes out to the porch and yells down at CHOLO and CW and tells them to come back in one half-hour. | | |
| CHOLO | Get back in the car and talk to the CW about a male that he punched and set him down the stairs. Talks about his friend shooting at someone and the cops pulling up in a taxi and arresting his friend. Talks about hitting his girlfriend. Talks about a male that got arrested with a kilo. | | |
| 2:13:23 | | | |
| CHOLO | Talks about a drug dealer offering him $25,0000 to break his girlfriend's legs. But he could not find the girl. States that he can cook the cocaine at his house, and that he's never been caught with drugs. | | |
| 3:07:26 | | | |
| | Back on Bennington St. | | |
| CHOLO | Gets out of the car and start whistling up to PERRO. | | |
| CW | Yells tell him to come down. | | |
| CHOLO | He's coming down. Do you have the $550.00? | | |
| CW | Yea! | | |
| CHOLO | PERRO deals with everyone, he has some customer from NH that come down and buys $1,000.00 worth of drugs. One of the guys gave me $150.00 after the deal. Everyone trusts PERRO. | | |
| 3:15:41 | | | |
| PERRO | Gets in the vehicle. | | |
| CW | Talking about PERRO and PERRO is here drinking beer. | | |
| PERRO | What's up. | | |
| CW | Damn you told me $450.00 and now it's $550.00 | | |
| PERRO | I don't know anything about that. I thought the guy was going to give it to me cheaper. | | |
| CW | What happened with the ecstasy? | | |
| PERRO | I forgot about the connection! I can get you what ever you need, anything, anything. | | |

**DRAFT**

|  |  |  |
|---|---|---|
|  | PERRO – CHOLO – CW & Carlos drive to the liquor store at the corner of Park & Hampshire St. |  |
| 3:31:?? | Back on Bennington St. Carlos get out of the car. |  |
| CHOLO | Asked for the money, PERRO gets out CHOLO hands PERRO the money. PERRO walks away and with in seconds gets back into the vehicle and weighs the crack cocaine. |  |
| CW | Checks it weighs 14.4. |  |
| PERRO | Says so give me some more money. |  |
| CW | Give me a better deal next time $450.00 |  |
|  | Both PERRO & CHOLO get out of the car and the CW drives away. |  |