Edwin Rodriguez
Id #25124-038
FCI. Schuylkill
P.O Box 759
Minersville, PA 17954

Docket Number - 1:04 Cr 10083-NG-01

to: Judge Gertner,

My Name is Edwin Rodriguez. I was Sentenced in Massachusetts Federal court by Judge Gertner on March 10, 2005. I would like to Request my Sentencing hearing minutes transcript and Judgement of Committment papers. I Highley appreciate your time and concern in helping me with this Request.

thank you Sincerley.
Edwin Rodriguez
#25124-038

U.S. DISTRICT COURT
DISTRICT OF MASS
2005 MAY -5 A 11: 07
FILED
CLERKS OFFICE