Mr. Edwin Rodriguez
Fed. Reg. #25124-038
Federal Correctional Institution
2680 Highway 301 South   Unit F-B
Jesup, Georgia           31599-5676

FILED
CLERKS OFFICE
2007 JUN 15 P 12:30
U.S. DISTRICT COURT
DISTRICT OF MASS.

June 9, 2007

United States District Court
District of Massachusetts
Office of the Clerk
1 Courthouse Way
Boston, Massachusetts 02210

Re: **U.S.A. v. Edwin Rodriguez**
    **CR No. 04-10083-NG**

To the Clerk of Court:

   I am an indigent pro se prisoner litigant preparing a motion for reduction of sentence to be filed in the above entitled case. Please provide me with copies of the transcript of the change of plea hearing held 10/13/04 and the transcript of Sentencing as to Edwin Rodriguez held on March 10, 2005, both proceedings before Judge Gertner. The transcript of the sentencing hearing has been filed with the court and is docket entry #57 in the above entitled case. I have been unable to locate the change of plea hearing transcript or determine if it has been filed with the court.

   I have made several requests for these transcripts from both my attorney (Paul F. Markham - CJA appointed in the above entitled case) and your office. Attorney Markham advised me by letter dated 6/5/07 (attached) that I "have been deemed indigent by the court so ... would qualify" for a free copy of the transcripts. If so, please place these documents in an envelope clearly marked **"Legal Mail: Open in Presence of Addressee"** and send them to me at the address above. If this is not possible please notify me and provide me with instructions as to how I may acquire these documents.

   Your assistance in this matter is appreciated.

Sincerely, Edwin Rodriguez

Mr. Edwin Rodriguez