# Paul F. Markham

ATTORNEY AT LAW
58 Orient Avenue
Melrose, MA 02176

Telephone (781) 665-1800
Facsimile (781) 665-4448
*Boston & Melrose Offices*
*By Appointment*

June 5, 2007

Edwin Rodriguez, Reg. #25124-038
Federal Correctional Institution, Unit F-B
2680 Highway 301 South
Jessup, GA 31599-5676

Re:  United State v. Edwin Rodriguez
      CR No. 04-10083-NG

Dear Mr. Rodriguez:

    I received your May 30, 2007 letter wherein you asked for copies of the transcript of your change of plea hearing, your sentencing hearing and the docket in the above case. I am enclosing a copy of the docket as you requested. As I have told you in my previous correspondence with you, copies of which I am also enclosing, I did not order a copy of the hearing transcripts, however, I see from the docket entries that you made such request and received a reply to that request from the clerk's office, dated May 17, 2005. I suggest that you follow the instructions in that letter in order to secure a free copy of the transcripts. You have been deemed indigent by the court so you would qualify. It appears from the last docket entry #57, entered on March 5, 2007, that the court reporter prepared the requested transcripts.

    I trust this is information you requested.

Very truly yours,

*Paul F. Markham*
Paul F. Markham

Encls.