Date: 3/16/08

Hon. Nancy Gertner
c/o _____
Deputy Clerk
United States District Court

RE: U.S.A. v. Rodriguez, 1:04-cr-10083-NG-1

Dear Judge Gertner::

    I was sentenced by Judge GERTNER on MARCH 10, 2005 based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

Sincerely, Edwin Rodriguez

Name: Edwin Rodriguez

Address: Federal Correction Institution
2680 HWY 301 South Unit FB
Jesup, GA       31599-5676

Telephone: _____