UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10083-NMG |
| | ) | |
| EDWIN RODRIGUEZ | ) | |

NOTICE OF APPEARANCE

Assistant Federal Defender, Oscar Cruz, Jr., hereby files his appearance on behalf of defendant, Edwin Rodriguez, in the above-named matter.

EDWIN RODRIGUEZ
By his attorney,

/s/Oscar Cruz., Jr.
Oscar Cruz, Jr.
  B.B.O. #630813
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

_____I, Oscar Cruz, Jr., hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 1, 2008.

/s/ Oscar Cruz, Jr.
Oscar Cruz, Jr.